

**Entered on Docket**
**May 14, 2010**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Howard C. Kim, Esq.
Nevada Bar No. 10386
E-mail: howard@smithkim.com
Kurt A. Smith, Esq.
Nevada Bar No. 10764
E-mail: kurt@smithkim.com
SMITH & KIM ATTORNEYS AT LAW
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada 89014
Telephone: (702) 384-3300
Facsimile: (702) 384-3301
*Attorneys for Debtors* Harry and Susan Fullmer

E-filed on: May 12, 2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

HARRY K. FULLMER
SUSAN I. FULLMER
          Debtors.

Case No. BK-S-10-12712-BAM
Chapter 13

Date of Hearing:    May 06, 2010
Time of Hearing:    3:00 pm.
Place: Courtroom No. 3, Third Floor
            Foley Federal Building
            300 S. Las Vegas Blvd.
            Las Vegas, NV 89101

Judge: Hon. Bruce A. Markell

### ORDER TO VALUE COLLATERAL; ORDER TO AVOID LIEN

THIS MATTER having come before the Court for a hearing on May 06, 2010 on Debtor's MOTION TO VALUE COLLATERAL; MOTION TO AVOID LIEN, and based upon the papers and pleadings on file herein, and good cause appearing; the Court finds as follows:

1.    The Debtors' principal residence located at 2138 Buckeye Reef Street,

SMITH & KIM ATTORNEYS AT LAW
1057 WHITNEY RANCH DRIVE, SUITE 100
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

1    Henderson, Nevada 89052 (the "Subject Property") is valued at $165,000.00 as of the date of

2    Debtor's Chapter 13 Petition.

3         2.      The Subject Property is collateral for a senior secured claim of GMAC Mortgage,

4    LLC ("Senior Lienholder").

5         3.       Senior Lienholder has filed a Proof of Claim related to its claim #5-1, and  has

6    assigned to this claim $185,604.00.    The Debtor's schedules list the amount of Senior

7    Lienholder's claims as $185,604.00.

8         4.      The Subject Property is also collateral for a junior secured claim of GMAC

9    Mortgage, LLC ("Junior Lienholder").

10        5.       Junior Lienholder has **not** filed a Proof of Claim related to its claim, but has

11   assigned to this claim $31,787.00.  The Debtors' schedules list the amount of Junior Lienholder's

12   claims as $31,787.00.

13        6.      Given the above, Junior Lienholder's interest in the Debtor's interest in the

14   Subject Property has no value.

15        THEREFORE, IT IS HEREBY ORDERED THAT, pursuant to Zimmer v. PSB Lending

16   Corp. (*In re* Zimmer), 313 F.3d 1220 (9th Cir. 2002), and 11 U.S.C. §§ 506(a) and 506(d), Junior

17   Lienholder's claim is unsecured, and shall be treated as unsecured for all purposes in this case,

18   including the manner in which such claim is treated and paid in Debtor's chapter 13 plan; and IT

19   IS FURTHER ORDERED THAT, should Debtor receive a discharge in this case, Junior

20   Lienholder shall as soon as practicable thereafter take all necessary and appropriate steps to

21   remove its lien of record, and to ensure that Debtors' title to the Subject Property is clear of any

22   cloud on title related to Junior Lienholder's claim.

23        This court hereby reserves jurisdiction with respect to any dispute over the actions

24   necessary to comply with this paragraph; and IT IS FURTHER ORDERED THAT, should this

25   matter be dismissed or converted to a Chapter 7 the instant Order shall be vacated.

26        IT IS FURTHER ORDERED THAT nothing in this order shall be deemed to be an

27   allowance or disallowance of any claim of Senior Lienholder or Junior Lienholder, and any party

28

**SMITH & KIM ATTORNEYS AT LAW**
1057 WHITNEY RANCH DRIVE, SUITE 100
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

1  in interest, including the Debtor or the Trustee, may hereafter object to either claim on any

2  ground recognized by the Bankruptcy Code.

3         IT IS SO ORDERED.

4

5                                                      Approved/Disapproved

6                                          _____

7                                          Kathleen A. Leavitt, Chapter 13 Trustee

8         Prepared and submitted by:

9

**SMITH AND KIM, ATTORNEYS AT LAW**

10

11  /s/ Howard C. Kim
    Howard C. Kim, Esq. (NV Bar No. 10386)

12  Kurt A. Smith, Esq. (NV Bar No. 10764)
    1057 Whitney Ranch Drive, Suite 100

13  Henderson, Nevada 89014

14  *Attorneys for Debtors* Harry and Susan Fullmer

15

16

17                                  ###

18

19

20

21

22

23

24

25

26

27

28

SMITH & KIM ATTORNEYS AT LAW
1057 WHITNEY RANCH DRIVE, SUITE 100
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with Local Rule 9021, the undersigned certifies:

___    The court waived the requirements of approval under LR 9021.

X    This is a chapter 7 or 13 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

___    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below :

___    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

APPROVED DISAPPROVED NO RESPONSE

Chapter 13 Trustee
Kathleen A. Leavitt                                                           X
 201 Las Vegas Blvd South
 Suite 200
Las Vegas, NV 89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

SMITH    AND    KIM    ATTORNEYS    AT LAW

/s/ Howard C. Kim
Howard C. Kim, Esq.
Nevada Bar No. 10386
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada 89014

###

SMITH & KIM ATTORNEYS AT LAW
1057 WHITNEY RANCH DRIVE, SUITE 100
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301